IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD T. GERBINO | : | CIVIL ACTION |
| v. | : | No. 15-1440 |
| JON NICHOLAS COHEN | : | |

## ORDER

**AND NOW**, this 1st day of July, 2015, upon consideration of the Motion of Defendant Jon Nicholas Cohen for Dismissal of Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6) (Document No. 4) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.